# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2013 JUL -3 PM 2:44

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>GENNESSE SALDANA (2),<br><br>　　　　　　　Defendant. | CASE NO. 13CR1950-JLS<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**　　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　　the Court has dismissed the case for unnecessary delay; or

___　　the Court has granted the motion of the Government for dismissal, without prejudice; or

___　　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　　a jury has been waived, and the Court has found the defendant not guilty; or

___　　the jury has returned its verdict, finding the defendant not guilty;

**X**　　of the offense(s) as charged in the Information:

21 USC 952, 960 - IMPORTATION OF METHAMPHETAMINE

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: June 28, 2013

　　　　　　　　　　　　　　　　　HONORABLE JANIS L. SAMMARTINO
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE